Bobby Saadian, SBN 250377
Thiago Coelho, SBN 324715
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs
and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA HAGGAR; KYO HAK CHU; VALERIE BROOKS, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>KMART CORPORATION, a Michigan corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-01461-DDP-GJS<br><br>**CORRECTED PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

1  Plaintiffs Elia Haggar, Kyo Hak Chu and Valerie Brooks served copies of the
2  Summons and Complaint pursuant to Rule 4(h)1(B).  A copy of the Proof of Service
3  which was previously filed is attached herein as **Exhibit A**.

                                  */s/ Thiago M. Coelho*
                                  Thiago M. Coelho